HEATHER E. WILLIAMS, #122664
Federal Defender
LINDA ALLISON, #179741
Chief Assistant for the Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: 916-498-5700/Fax: 916-498-5710
Linda_Allison@fd.org

Attorneys for Defendant
CLIFFORD ROSS BEATTIE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.  2:16-CR-0172-AC |
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER TO CONTINUE STATUS CONFERENCE |
| vs. | Date:  November 21, 2016 |
| CLIFFORD ROSS BEATTIE, | Time: 9:00 a.m. |
| Defendant. | Judge: Hon. Allison Claire |

IT IS HEREBY STIPULATED by and between Phillip A. Talbert, Acting United States Attorney, through Justin Lee, Assistant United States Attorney, attorney for Plaintiff, and Heather Williams, Federal Defender, through Chief Assistant Federal Defender Linda Allison, attorney for Clifford Ross Beattie, that the status conference scheduled for October 31, 2016 be vacated and be continued to November 21, 2016 at 9:00 a.m.

This continuance is necessary as there is a substantial amount of discovery the client is still reviewing and the defense requires additional time to discuss with the client how he wishes to proceed with his case

The parties stipulate that for the purpose of computing time under the Speedy Trial Act,

///

///

Stipulation and [Proposed] Order to Continue Status Conference       -1-

1   the Court should exclude time from the date of this order through November 21, 2016, for

2   defense preparation and investigation.  18 U.S.C. § 3161(h)(7)(A) and (B)(iv) [Local Code T4]..

4   DATED: October 27, 2016          Respectfully submitted,

5                                    HEATHER E. WILLIAMS
                                     Federal Defender

7                                    /s/Linda Allison
                                     LINDA ALLISON
8                                    Chief Assistant to the Federal Defender
                                     Attorneys for Defendant
9                                    CLIFFORD ROSS BEATTIE

10  DATED: October 27, 2016          PHILLIP A. TALBERT
                                     Acting United States Attorney

12                                   /s/Justin Lee
                                     Justin Lee
13                                   Assistant U.S. Attorney
                                     Attorney for Plaintiff

**ORDER**

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order. The Court specifically finds that the failure to grant a continuance in this case would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds that the ends of justice to be served by granting the requested continuance outweigh the best interests of the public and defendants in a speedy trial.

The Court orders that the time from the date of the parties stipulation, October 27, 2016 up to and including November 21, 2016, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18

/ / /

/ / /

/ / /

/ / /

Stipulation and [Proposed] Order to Continue Status Conference                    -2-

1 | U.S.C. §3161 (h)(7)(A) and (B)(iv) T4 [reasonable time for counsel to prepare] (Local Code T4).

2 | It is further ordered that the October 31, 2016 status conference hearing shall be continued until

3 | November 21, 2016 at 9:00 a.m..

.Dated:  October 28, 2016

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE