HEATHER E. WILLIAMS, #122664
Federal Defender
LINDA ALLISON, #179741
Chief Assistant for the Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: 916-498-5700/Fax: 916-498-5710
Linda_Allison@fd.org

Attorneys for Defendant
CLIFFORD ROSS BEATTIE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.  2:16-CR-172-AC |
| Plaintiff, | STIPULATION AND [~~PROPOSED~~] ORDER TO SET TRIAL CONFIRMATION HEARING AND JURY TRIAL DATE |
| vs. | |
| CLIFFORD ROSS BEATTIE, | Date: February 6, 2017<br>Time: 9:00 a.m. |
| Defendant. | Judge: Hon. Allison Claire |

IT IS HEREBY STIPULATED by and between Phillip A. Talbert, United States Attorney, through Justin Lee, Assistant United States Attorney, attorney for Plaintiff, and Heather Williams, Federal Defender, through Chief Assistant for the Federal Defender Linda Allison, attorney for Clifford Ross Beattie, that the status conference scheduled for February 6, 2017 be vacated and that a trial confirmation hearing be set for February 13, 2017 at 9:00 a.m. and a jury trial date be set for March 27, 2017 at 9:00 a.m.

The parties stipulate that for the purpose of computing time under the Speedy Trial Act, the Court should exclude time from the date of this order through March 27, 2017 for defense preparation and investigation.  18 U.S.C. § 3161(h)(7)(A) and (B)(iv) [Local Code T4].

\ \ \

\ \ \

\ \ \

Stipulation and [Proposed] Order to Vacate
Status Conference and Set Trial Date

-1-

DATED: February 2, 2017    Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

/s/Linda Allison
LINDA ALLISON
Chief Assistant to the Federal Defender
Attorneys for Defendant
CLIFFORD ROSS BEATTIE

DATED: February 2, 2017    PHILLIP A. TALBERT
United States Attorney

/s/ Justin Lee
Justin Lee
Assistant U.S. Attorney
Attorney for Plaintiff

**ORDER**

IT IS HEREBY ORDERED, the February 6, 2017 status conference is vacated and that a trial confirmation hearing shall be scheduled for February 13, 2017 at 9:00 a.m. and a jury trial shall be scheduled for March 27, 2017 at 9:00 a.m..

The Court further orders that the time from the date of the parties stipulation, February 2, 2017 up to and including March 27, 2017 shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. §3161 (h)(7)(A) and (B)(iv) T4 [reasonable time for counsel to prepare] (Local Code T4).

Dated: February 3, 2017

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE