PHILLIP A. TALBERT
United States Attorney
JILL THOMAS
Assistant United States Attorney
ROBERT J. ARTUZ
Special Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> CLIFFORD ROSS BEATTIE, <br><br> Defendant. | CASE NO. 2:16-CR-00172-AC <br><br> STIPULATION AND [~~PROPOSED~~] ORDER TO VACATE HEARING AND TRIAL DATES AND TO SET STATUS CONFERENCE <br><br> DATE: March 20, 2017 <br> TIME: 9:00 a.m. <br> COURT: Hon. Allison Claire |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter is scheduled for a hearing on motions *in limine* on March 20, 2017 and a jury trial on March 27, 2017.

2. The United States recently received new information and discovery that may affect one or more charges and the trial in this case, and the United States is working on providing such new information and discovery to the defense forthwith. Given these recent events, the parties seek to vacate the motion hearing on March 20, 2017 and the jury trial on March 27, 2017. The parties also seek to have a status conference on March 20, 2017 to discuss any changes to the case and an appropriate schedule moving forward.

3. By this stipulation, the parties now jointly move to vacate the hearing date on March 20, 2017 and the trial date on March 27, 2017. The parties also now jointly move the Court to schedule a status conference on March 20, 2017 at 9 a.m.

IT IS SO STIPULATED.

Dated:  March 16, 2017                    PHILLIP A. TALBERT
                                          United States Attorney


                                          /s/ *Robert J. Artuz*
                                          JILL THOMAS
                                          Assistant United States Attorney
                                          ROBERT J. ARTUZ
                                          Special Assistant U.S. Attorney


Dated:  March 16, 2017                    /s/ *Linda Allison*
                                          LINDA ALLISON
                                          Counsel for Defendant
                                          CLIFFORD ROSS BEATTIE


                                          /s/ *Michelle Ahronovitz*
                                          MICHELLE AHRONOVITZ CLS
                                          Counsel for Defendant
                                          CLIFFORD ROSS BEATTIE


## [~~PROPOSED~~] FINDINGS AND ORDER

IT IS SO FOUND AND ORDERED this 16th day of March, 2017.

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE