1  PHILLIP A. TALBERT
   United States Attorney
2  JILL THOMAS
   Assistant United States Attorney
3  ROBERT J. ARTUZ
   Special Assistant U.S. Attorney
4  501 I Street, Suite 10-100
   Sacramento, CA 95814
5  Telephone: (916) 554-2700

6  Attorneys for Plaintiff
   United States of America

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | 2:16-cr-00172-AC |
|---|---|
| Plaintiff, | STIPULATION AND [~~Proposed~~] ORDER EXTENDING DATE TO FILE TRIAL DOCUMENTS |
| v. | |
| CLIFFORD ROSS BEATTIE, | DATE: May 01, 2017 |
| Defendant. | TIME: 9:00 a.m. <br> COURT: Hon. Allison Claire |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, the parties were to file a Trial Brief, Proposed Jury Instructions, Proposed Verdict Forms, Proposed Voir Dire, and Exhibit and Witness lists one week before trial, April 24, 2017.

2. By this stipulation, the parties now jointly request a one-day extension to file the trial documents to April 25, 2017.

///

///

///

STIPULATION EXTENDING DATE TO FILE TRIAL DOCUMENTS

1

IT IS SO STIPULATED.

Dated:  April 20, 2017        PHILLIP A. TALBERT
                              United States Attorney

                              /s/ *Jill M. Thomas*
                              JILL THOMAS
                              Assistant United States Attorney
                              ROBERT J. ARTUZ
                              Special Assistant U.S. Attorney


Dated:  April 20, 2017        /s/ *Linda Allison*
                              LINDA ALLISON
                              Counsel for Defendant
                              CLIFFORD ROSS BEATTIE


                              /s/ *Michelle Ahronovitz*
                              MICHELLE AHRONOVITZ, CLS
                              Counsel for Defendant
                              CLIFFORD ROSS BEATTIE


                              (*Approved via email*)


### [~~PROPOSED~~] FINDINGS AND ORDER

IT IS SO FOUND AND ORDERED this 20th day of April, 2017.

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE