| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, #122664 |
| | Federal Defender |
| 2 | LINDA ALLISON, #179741 |
| | Assistant Federal Defender |
| 3 | 801 I Street, 3rd Floor |
| | Sacramento, CA 95814 |
| 4 | Tel: 916-498-5700/Fax 916-498-5710 |
| | linda.allison@fd.org |
| 5 | |
| | Attorneys for Defendant |
| 6 | CLIFFORD BEATTIE |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 2:16-cr-172 AC |
| | ) | |
| Plaintiff, | ) | |
| | ) | **STIPULATION AND [PROPOSED] ORDER** |
| v. | ) | **TO CONTINUE JUDGMENT AND** |
| | ) | **SENTENCING** |
| CLIFFORD ROSS BEATTIE, | ) | |
| | ) | |
| Defendant. | ) | Date: June 19, 2017 |
| | ) | Time: 2:00 p.m. |
| | ) | Judge: Hon. Allison Claire |

IT IS HEREBY STIPULATED by and between Robert Artuz, Assistant United States Attorney, Attorney for Plaintiff, and Chief Assistant Federal Defender, Linda C. Allison, attorney for Clifford Ross Beattie, that the judgment and sentencing hearing scheduled for June 19, 2017 be continued to June 22, 2017 at 2:00 p.m. The continuance is necessary for further defense preparation for sentencing.

DATED: June 16, 2017                    Respectfully submitted,

                                        HEATHER E. WILLIAMS
                                        Federal Defender

                                        */s/ Linda Allison*
                                        LINDA ALLISON
                                        Chief Assistant Federal Defender
                                        Attorney for CLIFFORD BEATTIE

DATED: June 16, 2017                    */s/ Robert Artuz*
                                        ROBERT ARTUZ
                                        Assistant United States Attorney
                                        Attorney for Plaintiff

-1-

# ORDER

IT IS HEREBY ORDERED, the Court, having received, read, and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order. The Court orders the June 19, 2017 judgment and sentencing be continued to June 22, 2017, at 2:00 p.m.

Dated: June 16, 2017

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE