IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:16-cr-00172-AC |
| Plaintiff, | ORDER TO SHOW CAUSE AND ORDER TO ISSUE SUMMONS RE: PROBATION REVOCATION |
| v. | |
| CLIFFORD ROSS BEATTIE, | |
| Defendant. | |

### **ORDER TO SHOW CAUSE AND ISSUE SUMMONS**

It is Hereby Ordered that the defendant shall appear on July 15, 2019, at 9:00 a.m. to show cause why the probation granted on June 26, 2017, should not be revoked for the defendant's failure to comply with his Court-ordered probation.

///

///

///

///

///

///

It is further ordered that the Clerk's office shall issue a summons directing the defendant to appear on July 15, 2019, at 9:00 a.m.

IT IS SO ORDERED.

Dated: June 11, 2019

*Allison Claire*
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE